FILED
 2006 Apr-04  AM 09:55
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

DERRICK DeWAYNE FULWISE,             )
                                     )
            Plaintiff,               )
                                     )
vs.                                  )        5:05-cv-2263-TMP
                                     )
TIM MORGAN, *et al.*,                )
                                     )
            Defendants.              )

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 10, 2006, recommending that this action be dismissed for failing to state a claim upon which relief can granted, pursuant to 28 U.S.C. § 1915A(b)(1), with respect to the plaintiff's claims of illegal arrest and jeopardy, and that the complaint be dismissed without prejudice with respect to the plaintiff's request that the criminal case against him be dismissed. The plaintiff filed objections to the report and recommendation on March 21, 2006.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1), with respect to the plaintiff's

claims of illegal arrest and jeopardy, and without prejudice with respect to the plaintiff's request that the criminal case against him be dismissed . A Final Judgment will be entered.

DONE this 4th day of April, 2006.

                                                                                    _____
                                                                                    WILLIAM M. ACKER, JR.
                                                                                    UNITED STATES DISTRICT JUDGE